IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

**CHRISTOPHER ANDERSON,**

    Plaintiff,

vs.                                        4:06-CV-004-SPM

**SERGEANT GENE CHILDS,
JASON TYUS, THOMAS MCCOY,
AND CAPTAIN JOHN DOE,**

    Defendants.

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION**

    **THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 36) filed November 13, 2006. The parties have been furnished a copy and have been afforded an opportunity to file objections. No objections were filed.

    Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

    Accordingly, it is

    **ORDERED AND ADJUDGED** as follows:

    1.    The magistrate judge's report and recommendation (doc. 36) is adopted and incorporated by reference in this order.

Case 4:06-cv-00004-RH-WCS   Document 39   Filed 12/28/06   Page 2 of 2

Page 2 of 2

2.	Defendant McCoy's motion to dismiss (doc. 31) is hereby *granted*.

3.	Plaintiff's claims against defendant McCoy are *dismissed* for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997(e).

4.	This matter is remanded to the magistrate judge for further proceedings on the remaining claims.

**DONE AND ORDERED** this twenty-seventh day of December, 2006.

*s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge