IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHRISTOPHER ANDERSON,

    Plaintiff,

vs.                                                4:06-CV-004-SPM/WCS

JASON TYUS,

    Defendant.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** comes before the Court upon the Magistrate Judge's Second Report and Recommendation (doc. 60) filed on August 20, 2007. The parties have been furnished a copy and have been afforded an opportunity to file objections. No objections were filed.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.     The magistrate judge's report and recommendation (doc. 60) is adopted and incorporated by reference in this order.

2.     Defendant Tyus's Summary Judgment motion (doc. 41) is hereby

      *granted* with respect to any attempt by Plaintiff to argue the invalidity of his disciplinary action and criminal conviction, including any claim that Plaintiff was justified in his assault of Sergeant Childs.

3. Defendant Tyus's Summary Judgement motion (doc. 41) is hereby *denied* with respect to Plaintiff's claims that the force used by Defendant was not reasonably necessary and was therefore a violation of Plaintiff's Eighth Amendment rights.

4. This matter is remanded to the magistrate judge for further proceedings on Plaintiff's remaining Eighth Amendment claim.

**DONE AND ORDERED** this twenty-seventh day of September, 2007.

      *s/ Stephan P. Mickle*
      Stephan P. Mickle
      United States District Judge