IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHRISTOPHER MICHAEL ANDERSON,

    Plaintiff,

vs.                                    Case No.: 4:06-CV-4-SPM/WCS

JASON TYUS,

    Defendant.

_____/

### ORDER ADOPTING THIRD REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon the Magistrate Judge's Third Report and Recommendation (doc. 98). The parties have been furnished a copy and have been afforded an opportunity to file objections. To date, no objections have been filed.

Accordingly, it is ORDERED AND ADJUDGED as follows:

1.    The Magistrate Judge's Third Report and Recommendation (doc. 98) is adopted and incorporated by reference in this order.

2.    Plaintiff's Motion to Amend (doc. 95), is hereby ***denied***.

3.    Plaintiff's claims against Defendant John Doe are hereby dismissed for failure to exhaust administrative remedies pursuant to 42 U.S.C. §1997(e) and for failure to state a claim upon which relief may be

granted pursuant to 28 U.S.C. § 1915(e)(2).

4. This matter is **remanded** to the Magistrate Judge for further proceedings on the pending summary judgment claim.

DONE AND ORDERED this <u>thirtieth</u> day of September, 2008.


    *s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge