IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

CHRISTOPHER MICHAEL ANDERSON,

    Plaintiff,

vs.                                              Case No.: 4:06-CV-4-SPM/WCS

JASON TYUS,

    Defendant.
_____/

## ORDER ADOPTING FOURTH REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon the Magistrate Judge's Fourth Report and Recommendation (doc. 100). The parties have been furnished a copy and have been afforded an opportunity to file objections. To date, no objections have been filed. Accordingly, it is ORDERED AND ADJUDGED as follows:

1. The Magistrate Judge's Fourth Report and Recommendation (doc. 100) is adopted and incorporated by reference in this order.

2. Defendant Tyus' second motion for summary judgment (doc. 91) is hereby *denied*.

3. This matter is *remanded* to the Magistrate Judge for further proceedings.

DONE AND ORDERED this <u>thirtieth</u> day of March, 2009.

                                            *s/ Stephan P. Mickle*
                                            Stephan P. Mickle
                                            United States District Judge